## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES V. JACKSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:09cv787-HSO-JMR** |
| | § | |
| **LOWE'S HOME CENTERS, INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT

BEFORE THE COURT is Defendant's Motion to Dismiss [13], filed on June 18, 2010, in the above-captioned cause. The Court, after a full review and consideration of Defendant's Motion, the related pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 17th day of August, 2010.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE